IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAVEON SHELTON                                                                                    PLAINTIFF

v.                                    Case No. 1:25-cv-1013

SERGEANT DYLAN OWENS;
JAILER DUSTIN TATUM;
CAPTAIN LISA WORLEY;
NURSE KASI SANFORD;
CHACONNIE WILLIAMS;
and O.J. CRITTEN                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 13, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 46. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with the Court's orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 46) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge